**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JEREMIAH BUSH,

        Plaintiff,

vs.                                      Case No.  3:10-cv-802-J-32MCR

KOJA SUSHI, INC.,

        Defendant.

## ORDER

Upon review of the parties' joint Stipulation of Dismissal (Doc. 29), this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of January, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record